

IT IS SO ORDERED.
Signed April 17, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 13-56511-ASW |
| NATALIA ZARUBIN, | Chapter 13 |
| Debtor. | Hrg. Date: Apr. 15, 2015<br>Hrg. Time: 4:00 p.m. |

**MEMORANDUM DECISION RE: DEBTOR'S OBJECTION TO CLAIM**

Before the Court is an objection to the claim of Creditor Peter Miotke, filed by Debtor Natalia Zarubin, who is represented by attorney Brette Evans. Creditor, who is represented by attorney David Rao, opposes the objection.

Debtor objects to general unsecured claim no. 10-3 filed by Peter Miotke in the amount of $82,994.64. The claim is based upon a state court judgment entered in March 2014, and which is currently on appeal to the California Court of Appeal.

Debtor's objection is not, technically, an objection to the claim. Rather, Debtor requests that payment on the claim be stayed until after resolution of the appeal of the state court judgment that is the basis of the claim. Debtor cites no authority for this request.

Creditor correctly points out that the pending appeal does not impact the enforceability of the judgment. Debtor has not obtained a stay pending appeal in the state court. According to Debtor's declaration, it appears that Debtor intends to obtain a stay pending appeal and to ask the appellate court to lift the stay of the appeal. Debtor's counsel represented at argument that counsel is not aware that Debtor has taken any steps to do so. The Debtor has not applied to this Court for a temporary restraining order.

The parties make a number of arguments about the requirement for the posting of a bond to obtain a stay. However, that issue is not pertinent in the context of this objection. In the absence of a stay pending appeal by the state court or a TRO issued by this Court after the filing of an adversary proceeding and a properly noticed and supported motion, the Court is not aware of any basis for staying payment by the chapter 13 trustee on Creditor's unsecured claim. Therefore, Debtor's objection is overruled. Counsel for Creditor may submit a proposed form of order.

**\*\*\* END OF MEMORANDUM DECISION \*\*\***

**COURT SERVICE LIST**